■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALI FRANKLIN, Appellant. [636 NYS2d 635] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Finnegan, J.), rendered January 11, 1995, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH GAINEY, Appellant. [636 NYS2d 635] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered September 21, 1993, convicting him of attempted criminal sale of controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Sullivan, J. P., Thompson, Krausman and Florio, JJ., concur.